PD-0877-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/14/2015 4:32:19 PM
Accepted 7/15/2015 4:46:36 PM
ABEL ACOSTA
CLERK

NO._____

## COURT OF CRIMINALS APPEALS
## AUSTIN

## EX PARTE JOSÉ RICKY ESPINOZA

## APPELLANT'S FIRST UNOPPOSED
## MOTION TO EXTEND TIME TO FILE PETITION

Now comes José Ricky Espinoza, appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a Petition for Discretionary Review. This motion is made according to Rules 38.6 and 10.5(b) of the Texas Rules of Appellate Procedure and for good cause appellant shows the Court the following:

I.

The Appellant is not currently incarcerated.

II.

This case is on appeal from the Parker County Court which denied Appellant habeas relief on April 30, 2015.

*Appellant's First Motion for Extension*

FILED IN
COURT OF CRIMINAL APPEALS

July 15, 2015

ABEL ACOSTA, CLERK

III.

This case was styled "Ex Parte Angel Ricky Espinoza A/K/A José Ricky Angel Espinoza" in the Second Court of Appeals, Appellate Cause No. 02-15-00074-CR.

Judgment was issued in this matter without briefing on April 30, 2015 after the case was immediately set for review by a panel of the appellate court. Appellant's Motion for Rehearing was filed May 28 and disposed of on June 18, 2015. Appellant's deadline to file a Petition for Discretionary review is July 20, 2015.

IV.

Appellant requests a thirty (30) day extension to file his petition. This will extend the filing date until Wednesday, August 19, 2015.

V.

Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant is slated for trial Monday July 20 in the

matter of *The State of Texas v. Steven Francisco Webb* in the 78th District Court. Additionally, counsel is set for trial in the matter of *The State of Texas v. Zachariah Browning* in the Stephens County Court on August 10. Counsel has two other pending appellate matters: *Whitney Rogers v. The State of Texas*. Notice has been filed in the Second Court of Appeals. Additionally, counsel represents Steve Mosher on his Petition for Mandamus of the 89th District Court which will imminently be filed with the Second Court of Appeals.

Counsel for Appellant has three contested matters set for final pretrial hearings and which will result in cases being set on the trial docket: *The State of Texas v. Melanie Albright* is set in the County Court of Young County on July 24 and trial on August 26. *The State of Texas v. Derrill Dorsey* and *The State of Texas v. Tracshawn Davis* are set for pretrial on July 16 in the 89th District Court.

Additionally, counsel for Appellant has a case load of dozens of active, pending cases, both felony and misdemeanor and is scheduled to be in one of the five courts of Wichita County as well as county and district courts in over a dozen counties in which he must appear throughout the remainder of this month and August.

## VI.

No previous requests for extension of time to file have been sought or granted.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Appellant makes this prayer for extension that the Court grant a thirty (30) day extension of time until August 19, 2015, and avers that this request is not done merely for delay, but that justice may be done and, toward that end, that an informed and concise petition may be filed with this Court.

Respectfully, submitted,

Todd Greenwood
Attorney at Law
900 Eighth Street
Suite 716
Wichita Falls, Texas 76301
Tel./Fax: (940) 689-0707


[/s] Todd Greenwood
Todd Greenwood
State Bar No. 24048111

## CERTIFICATE OF CONFERENCE

Prior to the filing of this motion, I made several attempts to confer with Natalie Barrett, the Parker County Assistant Attorney assigned to this case. I emailed this request to her office and received no objection to the extension.

[/s] Todd Greenwood
Todd Greenwood

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was emailed to the Parker County Attorney's Office, 1112 Santa Fe Drive, Weatherford, Texas 76087 on the 13th of July 2015 and to the State Prosecuting Attorney at P.O. Box 13046, Austin, Texas 78711-3046.

[/s] Todd Greenwood
Todd Greenwood